# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Case #~~3:19-cv-00156-MMD-CBC~~ 2:19-cv-630-MMD-CWH ~~2:17-cv-1364-MMD-CWH~~

LEONARD FOLMAR,

    Plaintiff(s),

vs.

BIOMET, INC., et al.

    Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Tarifa B. Laddon___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

___Faegre Baker Daniels LLP___
(firm name)

with offices at ___11766 Wilshire Blvd., Suite 750___,
(street address)

___Los Angeles___, ___California___, ___90025___,
(city)     (state)     (zip code)

___(310) 500-2126___, ___tarifa.laddon@FaegreBD.com___.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___all Defendants___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 6, 2005 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Bar | 12/06/2005 | 240419 |
| USDC Central District of California | 12/07/2005 | |
| USDC Northern District of California | 04/18/2006 | |
| USDC Southern District of California | 05/25/2006 | |
| USDC Eastern District of California | 12/18/2007 | |
| U.S. Court of Appeals for the Ninth Circuit | 06/26/2014 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

| | |
|---|---|
| 1 | 6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give |
| 2 | particulars if ever denied admission): |

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| (See attached Statement of Additional Applications) | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

## STATEMENT OF ADDITIONAL APPLICATIONS – TARIFA B. LADDON

| Date of Application | Cause | Title of Court | Was Application Granted or Denied |
|---|---|---|---|
| November 1, 2018 | 3:18-cv-00437-RCJ | USDC District of Nevada | Granted |
| November 8, 2018 | 2:18-cv-01744-GMN | USDC District of Nevada | Granted |
| January 31, 2019 | 2:16-cv-00264-APG | USDC District of Nevada | Granted |
| January 31, 2019 | 2:18-cv-02394-APG | USDC District of Nevada | Granted |
| January 31, 2019 | 2:19-cv-00043-RFB | USDC District of Nevada | Granted |
| March 19, 2019 | 3:19-cv-00056-MMD | USDC District of Nevada | Granted |
| April 8, 2019 | 2:19-cv-00378-GMN-CWH | USDC District of Nevada | Granted |
| April 11, 2019 | 2:19-cv-00396-JAD-VCF | USDC District of Nevada | Granted |
| April 11, 2019 | 2:19-cv-00377-GMN-GWF | USDC District of Nevada | Granted |

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___Los Angeles___ )

___Tarifa B. Laddon___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__26__ day of __March__, __2019__.

_____
Notary Public or Clerk of Court

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

AMY L. FLESCHERT
Commission No. 2268013
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires NOVEMBER 20, 2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Vaughn A. Crawford___ Attorney at Law, member of the State of Nevada and previously admitted to practice before the
(name of local counsel)
above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3883 Howard Hughes Parkway, Suite 1100___
(street address)

___Las Vegas___, ___Nevada___, ___89169-5958___
(city) (state) (zip code)

___(702) 784-5200___, ___vcrawford@swlaw.com___
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Vaughn A. Crawford_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Justin Kashman, Litigation Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

07665          vcrawford@swlaw.com
Bar number     Email address

APPROVED:
Dated: this 13th day of May, 20 19.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

May 8, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TARIFA BELLE LADDON, #240419 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records

# EXHIBIT 1

*Affidavit of Tarifa B. Laddon in Support of Verified Petition
and Designation of Local Counsel*

# EXHIBIT 1

*Affidavit of Tarifa B. Laddon in Support of Verified Petition
and Designation of Local Counsel*

**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (*Pro Hac Vice* pending)
*tarifa.laddon@faegrebd.com*
THEODORE O'REILLY (*Pro Hac Vice* pending)
*theodore.oreilly@faegrebd.com*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
Telephone: (310) 500-2090
Facsimile: (310) 500-2091

**SNELL & WILMER LLP**
VAUGHN A. CRAWFORD
vcrawford@swlaw.com
Nevada Bar No. 007665
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169-5958
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD FOLMAR,<br><br>Plaintiff,<br><br>vs.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; ZIMMER BIOMET; and R. JOHNSTON, individually and as a representative of BIOMET, INC.,<br><br>Defendants. | CASE NO.: 3:19-cv-00156-MMD-CBC<br><br>**AFFIDAVIT OF TARIFA B. LADDON IN SUPPORT OF VERIFIED PETITION AND DESIGNATION OF LOCAL COUNSEL** |

I, Tarifa B. Laddon, hereby declare as follows:

1. I am an active member of the Bar of the State of California and a partner with Faegre Baker Daniels LLP, attorneys of record for Defendants Biomet, Inc.; Biomet Orthopedics, LLC; Biomet U.S. Reconstruction, LLC; Zimmer Biomet; and R. Johnston (collectively, "Biomet"). I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. I make this declaration in support of my Verified Petition and Designation of Local Counsel in the above referenced matter, pursuant to LR IA 11-2(h)(2).

3. Faegre Baker Daniels is national products liability counsel for Biomet; the law firm does not have an office in Nevada.

4. In addition to this single plaintiff products liability case, Faegre Baker Daniels represents Biomet in hundreds of other cases across the country alleging claims against Biomet's M2a hip replacement system.

5. On October 2, 2012, the Biomet M2a cases were consolidated and centralized in the United States District Court for the Northern District of Indiana in the South Bend Division, where Judge Robert L. Miller, Jr. presides over *In Re: Biomet M2a Magnum Hip Implant Products Liability Litigation* (MDL 2391), cause number: 3:12-MD-2391 ("Biomet M2a Magnum MDL").

6. Beginning in 2018, Judge Miller remanded and transferred groups of cases within the MDL to their local federal courts throughout the country, including those in Nevada. On February 22, 2019 and March 11, 2019, Judge Miller remanded and transferred additional cases out of the MDL. Additional cases are expected to be remanded and transferred to local federal courts through 2019.

7. Faegre Baker Daniels LLP represents Biomet in the Biomet M2a Magnum MDL, in the M2a remanded and transferred cases throughout the country, and in state and federal court cases that were never centralized in the Biomet M2a Magnum MDL.

8. I and Theodore O'Reilly of Faegre Baker Daniels LLP represent Biomet in products liability cases such as this one, as well in many of the Biomet M2a Magnum

cases, and have thus far appeared in eight remanded and transferred Biomet M2a Magnum MDL cases before this Court in which their verified petitions have been granted:

| Case Name | Case Number | Remand Date |
|---|---|---|
| Mitchell Gonzalez v. Biomet, Inc., et al. | 2:18-cv-01744-GMN | September 6, 2018 |
| Randall Hix v. Biomet, Inc., et al. | 3:18-cv-00437-RCJ-WGC | September 6, 2018 |
| Edward George v. Biomet, Inc., et al | 2:18-cv-02394-APG-VCF | December 12, 2018 |
| Veronica Gonzalez v. Biomet, Inc., et al | 2:19-cv-00043-RFB-VCF | December 12, 2018 |
| Rebecca Franks v. Biomet, Inc., et al | 2:16-cv-00264-APG-PAL | January 2, 2019 |
| Uwe Walter Jager v. Biomet, Inc., et al. | 2:19-cv-00396-JAD-VCF | February 22, 2019 |
| Francis Brown v. Biomet, Inc., et al. | 2:19-cv-00377-GMN-GWF | February 22, 2019 |
| Joanne Shattuck v. Biomet, Inc., et al. | 2:19-cv-00378-GMN-CWH | February 22, 2019 |

9. On February 22, 2019 and March 11, 2019, Judge Miller remanded and transferred four additional cases to this Court. I and Theodore O'Reilly of Faegre Baker Daniels LLP also appear in those cases on behalf of Biomet, as well as in future remanded, transferred, and filed Biomet cases before this Court.

10. On March 19, 2019, in *Trujillo v. Zimmer U.S., Inc.* (3:19-cv-00056-MMD-CBC), this Court granted Verified Petitions and Designations of Counsel for me and Theodore O'Reilly. *Trujillo* is a product liability case that was not a part of the M2a Magnum MDL.

11. For purposes of efficiency, Biomet requests that the Verified Petitions and Designations of Counsel for me and Theodore O'Reilly be granted.

AFFIDAVIT OF TARIFA B. LADDON

1 | I declare under the penalty of perjury and the laws of the State of California and
2 | Nevada that the foregoing is true and correct.
3 | Executed this 9th day of May, 2019, at Los Angeles, California.

/s/ *Tarifa B. Laddon*