IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

LEONARD FOLMAR,

               Plaintiff,

VS.

BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET U.S. RECONSTRUCTION, LLC, ZIMMER BIOMET, AND R. JOHNSTON,

               Defendants.

CASE NO. 2:19-cv-00630-MMD-DJA

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Leonard Folmar ("Plaintiff"), and the defendants, Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC, Zimmer Biomet, and R. Johnston ("Defendants"), stipulate that all claims in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

By: _____
Dated: 11-12-19

Matthew D. Minucci
COTTLE LAW FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
(702) 722-6111

*Attorneys for Plaintiff*

By: _____
Dated: 12/10/19

Vaughn A. Crawford
Dawn L. Davis
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
(702) 784-5200

Tarifa B. Laddon
Theodore O'Reilly
FAEGRE BAKER DANIELS LLP
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
(310) 500-2090

*Attorney for Defendants*

US.125406498.01

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

LEONARD FOLMAR,

        Plaintiff,

VS.

BIOMET, INC., BIOMET ORTHOPEDICS, LLC, BIOMET U.S. RECONSTRUCTION, LLC, ZIMMER BIOMET, AND R. JOHNSTON,

        Defendants.

CASE NO. 2:19-cv-00630-MMD-DJA

## ORDER OF DISMISSAL OF DEFENDANTS *WITH* PREJUDICE

THIS CAUSE came before the Court upon the Stipulation for Dismissal of Defendants *with* Prejudice by and between the Plaintiff, Leonard Folmar ("Plaintiff"), and the defendants, Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC, Zimmer Biomet, and R. Johnston ("Defendants"), and the Court having reviewed the Stipulation for Dismissal of Defendants *with* Prejudice, having reviewed the court file, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

This case is hereby **DISMISSED *WITH* PREJUDICE** as to Defendants. Plaintiff and Defendants shall each bear his/its own respective costs and attorneys' fees incurred in connection with this action.

DONE AND ORDERED in Chambers this 10th day of December, 2019.

_____
DISTRICT COURT JUDGE

Confirmed copies to:
All counsel of record

2:19-cv-630-MMD-DJA Stipulation and order to dismiss -
US.125406498.01